```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
```

In re:                                                             Case No. 17-00256-JJT
Gino LoMaistro                                                     Chapter 13
         Debtor                         **CERTIFICATE OF NOTICE**

District/off: 0314-5           User: AGarner              Page 1 of 1           Date Rcvd: Mar 08, 2017
                               Form ID: ntcnfhrg          Total Noticed: 11

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 10, 2017.
db            +Gino LoMaistro,    98 Schuylkill Street,    Cressona, PA 17929-1409
4876448       +Capital One,   Po Box 30285,    Salt Lake City, UT 84130-0285
4876450        Internal Revenue Service,    221 W. Wisconsin Avenue,    Suite 807,    Milwaukee, WI 53203
4876451       +Midland Funding,    Attn: Bankruptcy,    Po Box 939069,    San Diego, CA 92193-9069
4876452       +Nationstar Mortgage LLC,    8950 Cypress Waters Blvd,    Coppell, TX 75019-4620
4876454       +Target,   C/O Financial & Retail Srvs,    Mailstopn BT POB 9475,    Minneapolis, MN 55440-9475
4876455       +The Bureaus Inc,    650 Dundee Rd,   Ste 370,    Northbrook, IL 60062-2757
4876456       ++WELLS FARGO,    P O BOX 9210,   DES MOINES IA 50306-9210
              (address filed with court: Wells Fargo,    Mac F82535-02f,    Po Box 10438,
                Des Moines, IA 50306)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
4879105        E-mail/Text: mrdiscen@discover.com Mar 08 2017 19:12:06      Discover Bank,
                Discover Products Inc,    PO Box 3025,   New Albany, OH   43054-3025
4876449       +E-mail/Text: mrdiscen@discover.com Mar 08 2017 19:12:06      Discover Financial,    Po Box 3025,
                New Albany, OH 43054-3025
4876453       +E-mail/PDF: gecsedi@recoverycorp.com Mar 08 2017 19:01:04     Synchrony Bank/Home Shopping,
                Po Box 965064,    Orlando, FL 32896-5064
                                                                                              TOTAL: 3

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 10, 2017                             Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 8, 2017 at the address(es) listed below:
          Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
          James   Warmbrodt    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com
          Paul H Herbein    on behalf of Debtor Gino   LoMaistro pherbein@aol.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                              TOTAL: 4
```

| ntcnfhrg (04/13) | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT** | |
| MIDDLE DISTRICT OF PENNSYLVANIA | |

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| Gino LoMaistro<br>Debtor(s) | Chapter | 13 |
|---|---|---|
| | Case No. | 5:17−bk−00256−JJT |

## Notice

The confirmation hearing has been scheduled for the Debtor on the date indicated below.

A deadline of **April 6, 2017** has been set for objections to confirmation of the Plan. Any objections to confirmation of the Plan will be heard at this hearing. Counsel should be prepared to proceed with said hearing on any unresolved objections to the Plan at this time.

| United States Bankruptcy Court<br>Courtroom #2, Max Rosenn US<br>Courthouse, 197 South Main<br>Street, Wilkes−Barre, PA 18701 | Date: April 26, 2017<br><br>Time: 09:30 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>274 Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes−Barre, PA 18701<br>(570) 831−2500 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Terrence S. Miller<br>By: AGarner |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: March 8, 2017 |