# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: : Case No. 17-00256
:
**Gino LoMaistro** :
       Debtor : CHAPTER 13

## CERTIFICATE OF NO ANSWER OR OBJECTION

    I, PAUL H. HERBEIN, ESQUIRE, attorney for Debtor, hereby certify that:

    1. The Debtor's Application for Appointment of Realtor and Notice was served upon the U.S. Trustees Office, Gino LoMaistro and all creditors and interested parties were served with notice;

    2. As of the below noted date, he has received no answer or objection, from any party to the granting of the Order.

Dated: _6-6-2018_                         _/s/ Paul H. Herbein, Esquire
                                                                       PAUL H. HERBEIN, ESQUIRE
                                                                       Attorney for Debtor
                                                                        Attorney I.D. #55200
                                                                        2601 Centre Avenue
                                                                        Reading, PA  19605
                                                                        (610) 921-4545