```
                           United States Bankruptcy Court
                           Middle District of Pennsylvania
```

In re:                                                              Case No. 17-00256-JJT
Gino LoMaistro                                                      Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0314-5          User: AGarner            Page 1 of 1            Date Rcvd: Jun 06, 2018
                              Form ID: pdf010          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 08, 2018.
db             +Gino LoMaistro,    98 Schuylkill Street,    Cressona, PA 17929-1409

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 08, 2018                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 6, 2018 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              James Warmbrodt    on behalf of Creditor   NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com
              Paul H Herbein    on behalf of Debtor 1 Gino  LoMaistro pherbein@aol.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 4

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: :
:
**Gino LoMaistro** :
      Debtor : CHAPTER 13
:
: Docket No.: 17-00256

## ORDER AUTHORIZING THE APPOINTMENT OF REALTOR

     AND NOW, upon consideration of the within application of the Debtor to employ Melissa Fox, Realtor with Berkshire Hathaway HomeServices Homesale Realty - Schuylkill Haven to represent him as Debtor herein, and upon verified statement of Realtor and it appearing that Realtor is duly licensed and certified to practice in Pennsylvania, and the court being satisfied that Realtor represents no interest adverse to the Debtor herein or to its estate in the matters upon which she is to be engaged, that her employment is necessary and would be in the best interest of the estate, it is

     ORDERED that the Debtor is hereby authorized to employ Melissa Fox, of Berkshire Hathaway HomeServices Homesale Realty - Schuylkill Haven, as Realtor in the instant case, to represent him in the instant proceeding under the Bankruptcy Code under Chapter 13, or under any other chapter to which the case may be converted.

Dated: June 6, 2018            By the Court,

                                                    John J. Thomas, Bankruptcy Judge (AG)

\* Execution of this Order approving employment is not a guarantee that payment will ultimately be approved in any amount from the estate. Such compensation is dependent on the consideration of a final application for fees. *In re Engel,* 124 F.3d 567 (3rd Cir. 1997).