In re:  
Gino LoMaistro  
    Debtor

Case No. 17-00256-MJC  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-5      User: AutoDocke      Page 1 of 2  
Date Rcvd: May 03, 2022      Form ID: fnldecnd      Total Noticed: 19

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

\#      Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 05, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Gino LoMaistro, 98 Schuylkill Street, Cressona, PA 17929-1409 |
| 4964674 | + | Advantage Collection Techniques, P.O. Box 400, Moorestown, NJ 08057-0400 |
| 4876450 | | Internal Revenue Service, 221 W. Wisconsin Avenue, Suite 807, Milwaukee, WI 53203 |
| 4964673 | | South Jersey Gas Co, P.O. Box 6091, Bellmawr, NJ 08099-6091 |
| 4876456 | ++ | WELLS FARGO, P O BOX 9210, DES MOINES IA 50306-9210 address filed with court:, Wells Fargo, Mac F82535-02f, Po Box 10438, Des Moines, IA 50306 |
| 4914888 | | Wells Fargo Bank, N.A., PO Box 10438, Des Moines, IA 50306-0438 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 4922597 | + | Email/PDF: rmscedi@recoverycorp.com | May 03 2022 18:49:53 | Bureaus Investment Group Portfolio No 15 LLC, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 4876448 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 03 2022 18:49:41 | Capital One, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 4895321 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 03 2022 18:49:47 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 4917367 | + | Email/Text: bankruptcy@cavps.com | May 03 2022 18:46:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 4879105 | | Email/Text: mrdiscen@discover.com | May 03 2022 18:46:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 4876449 | + | Email/Text: mrdiscen@discover.com | May 03 2022 18:46:00 | Discover Financial, Po Box 3025, New Albany, OH 43054-3025 |
| 4876451 | + | Email/Text: bankruptcydpt@mcmcg.com | May 03 2022 18:46:00 | Midland Funding, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| 4930374 | | Email/Text: nsm_bk_notices@mrcooper.com | May 03 2022 18:46:00 | Nationstar Mortgage LLC, Attn: Bankruptcy Dept., P.O. Box 619096, Dallas, TX 75261-9741 |
| 4876452 | + | Email/Text: nsm_bk_notices@mrcooper.com | May 03 2022 18:46:00 | Nationstar Mortgage LLC, 8950 Cypress Waters Blvd, Coppell, TX 75019-4620 |
| 4876453 | + | Email/PDF: gecsedi@recoverycorp.com | May 03 2022 18:49:41 | Synchrony Bank/Home Shopping, Po Box 965064, Orlando, FL 32896-5064 |
| 4907709 | + | Email/Text: bncmail@w-legal.com | May 03 2022 18:46:00 | TD Bank USA, N.A., C/O Weinstein & Riley P.S., 2001 Western Ave Ste. 400, Seattle, WA 98121-3132 |
| 4876454 | + | Email/Text: bncmail@w-legal.com | May 03 2022 18:46:00 | Target, C/O Financial & Retail Srvs, Mailstopn BT POB 9475, Minneapolis, MN 55440-9475 |

| | | | |
|---|---|---|---|
| 4876455 | + Email/PDF: tbiedi@PRAGroup.com | May 03 2022 18:49:53 | The Bureaus Inc, 650 Dundee Rd, Ste 370, Northbrook, IL 60062-2757 |

TOTAL: 13

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 05, 2022          Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 3, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com |
| Paul H Herbein | on behalf of Debtor 1 Gino LoMaistro pherbein@aol.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 4

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Gino LoMaistro,  Chapter 13

**Debtor 1**

Case No. 5:17−bk−00256−MJC

Social Security No.: xxx−xx−2395

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

## IT IS ORDERED THAT:

**Jack N Zaharopoulos (Trustee)**

is discharged as trustee of the estate of the above named debtor(s); the case is closed without a discharge having been issued for **Gino LoMaistro** in accordance with §1328 of the Bankruptcy Code.

By the Court,

Mark J. Conway, United States Bankruptcy Judge

Dated: May 3, 2022

fnldec (01/22)